*Monday, September 28, 1992*
## MOTION DOCKET

**92–1460.** In re Election of June 2, 1992 for the Office of Representative to the United States House of Representatives from the Sixth District of Ohio. Holmes, J. This cause came on for further consideration upon the filing of contestor's application for return of bond. Upon consideration thereof,

IT IS ORDERED by the court that said application be, and hereby is, granted, effective September 24, 1992.

IT IS FURTHER ORDERED by the court that the Clerk of the court is directed to deliver contestor's $5,000 cash bond, less any court costs incurred by the Clerk in this cause, to contestor.

**92–1531.** State ex rel. Reichenbach v. Routson. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for temporary restraining order,

IT IS ORDERED by the court that said motion for temporary restraining order be, and the same is hereby, denied, effective September 25, 1992.

**92–1741.** Wallace v. Alexander's Busy Bee Nursery, Inc. *Franklin County*, No. 92AP–68. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellants' motion for reconsideration of this court's denial of appellants' motion for stay,

IT IS ORDERED by the court that said motion for reconsideration be, and the same is hereby, denied, effective September 25, 1992.

**92–1747.** State v. Lentz. *Trumbull County*, No. 91–T–4622. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Trumbull County. Upon consideration of appellant's motion for stay of execution of the judgment mandate of the Eleventh District Court of Appeals,

IT IS ORDERED by the court that said motion for stay of execution of the judgment mandate of the Eleventh District Court of Appeals be, and the same is hereby, granted, effective September 25, 1992, pending final disposition of this court.

**92–1885.** State v. Seibel. *Hamilton County*, No. C–920109. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Hamilton County to certify its record. Upon consideration of appellant's motion for a stay of the fine imposed by the trial court,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective September 25, 1992.

Douglas, J., dissents.

## MISCELLANEOUS DISMISSALS

**92–25.** McCallum v. Am. States Ins. Co. *Lucas County*, Nos. L–90–353 and L–90–354. Cause dismissed, on appellant's application to dismiss, effective September 24, 1992.

**92–1126.** Resolution Trust Corp., Receiver for Freedom Fed. Savings Assn., F.A. v. GSW Assoc. *Franklin County*, No. 91AP–1084. Cause dismissed, on appellant's application to dismiss, effective September 24, 1992.